

Entered on Docket
February 10, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

George Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Anastasia White

E-FILED: January 27, 2011

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>**Anastasia White**,<br><br>Debtor(s). | ) Case No. BKS—10-34128-LBR<br>) Chapter 13<br>)<br>)<br>) Hearing Date: N/A<br>) Hearing Time: N/A<br>)<br>)<br>)<br>) |

**ORDER ON MOTION TO EMPLOY HAINES & KRIEGER, LLC AND TO APPROVE ADMINISTRATIVE EXPENSES FOR LOAN MODIFICATION SERVICES**

THE ABOVE Motion having been filed and timely notice provided to all

interested parties pursuant to LR 9014.1 (negative notice procedures):

**IT IS ORDERED THAT** the Court hereby approves the employment of Haines

& Krieger, LLC to be paid as an administrative expense;

- 1 -

**IT IS FURTHER ORDERED THAT** the Chapter 13 trustee shall immediately begin disbursements from funds paid by the Debtor to Haines & Krieger, LLC's in the amount of $3,500;

**IT IS FURTHER ORDERED THAT** the Chapter 13 Trustee shall be entitled to fees pursuant to 28 U.S.C. Section 586(e) for funds disbursed pursuant to this Order.

**Nothing contained herein shall be deemed to contravene the provisions of Nevada law governing the payment of fees for loan modifications.**

DATED January 27, 2011

HAINES & KRIEGER, L.L.C.

By:     __/s/George Haines, Esq.
        George Haines, Esq.
        Attorney for Debtor(s)

### ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

_X__ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:    /s/George Haines Esq.
                 George Haines, Esq.
                 Attorney for the Debtor

###

- 2 -